AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western  District of  Texas

ONE TREASURE LIMITED, INC.

**SUMMONS IN A CIVIL ACTION**

V.

RUFFIN FLAG COMPANY, L.L.C., and

CASE NUMBER:  1:11-cv-00823  SS

TO: (Name and address of Defendant)

Ruffin Flag Company, L.L.C.
  through its registered agent, Soren K. Dresch,
314 Water Street
Washington, Georgia 30673

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Justin M. Welch
Blazier, Christensen, Bigelow, & Virr, P.C.
221 West 6th Street, Suite 2000
Austin, Texas 78701
Ph: (512) 476-2622
Fx: (512) 476-8685

an answer to the complaint which is served on you with this summons, within  twenty one (21)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Date: September 20, 2011

William G. Putnicki

Clerk



By: Deputy Clerk

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                       *Signature of Server*

                                                              _____
                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.